UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOANE MONESTIME and WOLD MONESTIME, Individually and as Parents and Next Friends of O.G.M., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | * * * * * * * * * * * * * <br><br> Civil Action No. 1:21-cv-10403-IT |

FINAL JUDGMENT

January 23, 2026

TALWANI, D.J.

Pursuant to the court's Findings of Fact and Conclusions of Law [Doc. No. 174], final judgment is hereby entered in favor of Plaintiffs Soane and Wold Monestime, as Parents and Next Friends of O.G.M., and against Defendant United States of America, substituted for Mattapan Community Health Center ("MCHC") and LaVerne Dickson, in the amount of three million dollars ($3,000,000) on Plaintiff O.G.M.'s claims of medical malpractice, with liability for injuries caused by MCHC capped at one hundred thousand dollars ($100,000); and in favor of Defendant United States of America as to the claims of Plaintiffs Soane and Wold Monestime individually for loss of parental consortium.

Plaintiffs are awarded their costs and post-judgment interest at 3.53%.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge